UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LOUIS MCINTOSH,

Defendant.

11-cr-500 (SHS)
24-cv-2156 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court has received defendant's request for a 30 day extension from September 16, 2026 (*i.e.*, the date defendant's request to the Court was postmarked) in which to file a reply to the government's response to the defendant's amended § 2255 petition. (Dkt. No. 457.) That request is granted. Defendant shall file his reply, if any, on or before October 16, 2026. Defendant also asks to be assigned counsel. That request is denied. *See Hodge v. Police Officers*, 802 F.2d 58, 61-62 (2d Cir. 1986)

The Clerk of Court is respectfully directed to mail a copy of this Order to defendant as follows: Louis McIntosh [65254-054], FCI Jesup, Federal Correctional Institution, 2680 301 South, Jesup, GA 31599.

Dated: New York, New York
September 23, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.